IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARA MAMMARELLA | * | CIVIL ACTION: 2:18-cv-14238-CJB-DMD |
| | * | |
| Plaintiff, | * | |
| VS. | * | JUDGE CARL BARBIER |
| | * | |
| CITY OF NEW ORLEANS | * | |
| | * | MAGISTRATE JUDGE DANA DOUGLAS |
| | * | |
| Defendant. | * | |
| | * | JURY DEMAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes complainant Sara Mammarella who wishes to amend her "Petition for Damages" as follows:

Paragraph 9 should be replaced with the following paragraph:

9. On the morning of January 28, 2018, Ms. Mammarella was involved in a two car accident near the intersection of Lake Marina Drive and Lakeshore Drive in New Orleans, LA.

Paragraph 10 should be replaced with the following paragraph:

10. Ms. Mammarella's car was clipped by another vehicle on her driver's side towards the rear of her car while travelling. She lost control of her vehicle and subsequently struck a nearby object.

RESPECTFULLY SUBMITTED,

/s/ Galen M Hair
Galen M. Hair, T.A., LSBA No. 32865
Sarah M. Kalis, LSBA No. 37186
John E. Bicknell, Jr., LSBA No. 36802
**SCOTT, VICKNAIR, HAIR**
**& CHECKI, LLC**
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
Telephone: (504) 684-5200
Facsimile: (504) 613-6351
*Attorneys for Plaintiff*