UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARA MAMMARELLA | * | CIVIL ACTION NO: 2:18-cv-14238 |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| VERSUS | * | |
| | * | MAGISTRATE  DANA M. DOUGLAS |
| | * | |
| CITY OF NEW ORLEANS | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

### SARA MAMMARELLA'S WITNESS AND EXHIBIT LIST

Now into Court comes Sara Mammarella, the plaintiff in the above-captioned matter, who files a preliminary witness and exhibit list. In so doing, she specifically notes that she will be filing a motion to amend her complaint due to recently discovered acts by the Defendant. The City of New Orleans has not yet disclosed any witnesses or exhibits pertinent to these acts so Ms. Mammarella reserves the right to amend this list.

A. **WITNESSES**

    a.  Timothy Yazbeck

    b.  Frank DeSalvo

    c.  Christian Mammarella

    d.  Sara Mammarella

    e.  Edris Stone

    f.  Norbert Henry

    g.  Russell Philibert

    h.  Nahlisha Johnson

    i.  Vanessa Sheffield

    j. Benjamin Galloway

    k. Christine Guidry

    l. Bobby Randolph

    m. Joseph Canizaro

    n. Representative of UMC

    o. William Lacorte

    p. Paul Diamond

    q. Coller Oschner

    r. Thomas Moulthrop

    s. Brent Schillinger

    t. Eric Stelnicki

    u. Howard Goldbert

    v. Douglas Martin

    w. Representative of Royal Palm Chiropractic

    x. Michael Eckstein

    y. Any witness necessary to authenticate any document or recording

    z. Any witness necessary for impeachment purposes

    aa. Any witness determined desirable for rebuttal

    bb. Any witness not yet disclosed by the City of New Orleans

**B. EXHIBITS**

    a. All exhibits identified by the City of New Orleans;

    b. Mammarella bates-labeled documents Mammarella 000001-000104.

    c. Photographs of the accident

    d.  Correspondence regarding revocation/suspension of Ms. Mammarella's license

    e.  Correspondence with the Florida State Bar.

    f.  Plaintiff's medical records from any and all treating physicians

    g.  Personnel files of all officers involved

    h.  Public records responses

    i.  Any depositions not yet taken in this case

    j.  Any exhibits necessary for impeachment purposes

    k.  Any exhibits desirable for rebuttal

Ms. Mammarella reserves the right to amend these lists in light of the upcoming amendment and the ongoing discovery in this matter.

Respectfully submitted,

*/s/ Galen M. Hair*
Galen M. Hair, T.A., LSBA No. 32865
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
909 Poydras Street, Suite 1100
New Orleans, LA 70112
T: (504) 684-5200
F: (504) 613-6351