**MINUTE ENTRY**
**DOUGLAS, M.J.**
**DECEMBER 11, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SARA MAMMARELLA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-14238** |
| **NEW ORLEANS CITY** | **SECTION "J" (3)** |

On this date, the Motion to Compel In-Person Deposition and Interrogatory Verification [Doc. #18] came on for oral hearing before the undersigned. Present were Madison Pitre and David Spinner on behalf of plaintiff and Erica Therio and Corwin St. Raymond on behalf of defendant. For the reasons stated on the record,

**IT IS ORDERED** that the Motion to Compel In-Person Deposition and Interrogatory Verification [Doc. #18] is DISMISSED AS MOOT IN PART with regard to the verification and GRANTED IN PART with regard to the in-person deposition.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:12