UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SARA MAMMANELLA                              CIVIL ACTION

VERSUS                                       NO: 18-14238

CITY OF NEW ORLEANS                          SECTION: "J"(3)

# ORDER

Considering the foregoing *Motion to Continue Submission Date* **(Rec. Doc. 29)** and the accompanying *Motion to Expedite* **(Rec. Doc. 30)**,

**IT IS HEREBY ORDERED** that the Motion to Expedite is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Continue Submission Date is **DENIED** as **MOOT** in light of Plaintiff's Memorandum in Opposition filed on December 10, 2019 (Rec. Doc. 32). Plaintiff is free to file a motion for leave to supplement its opposition should she deem it necessary to do so.

New Orleans, Louisiana, this 11th day of December, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE