UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SARA MAMMARELLA** | * | NO. 18-14235 |
| | * | |
| **VERSUS** | * | SECTION: "J" 03 |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, the City of New Orleans ("the City"), which moves to withdraw Erica A. Therio (Bar No. 34115) as counsel of record in this matter. All other counsel of record for the City will remain.

**WHEREFORE,** defendant, the City of New Orleans respectfully requests that Erica A. Therio be withdrawn as counsel of record in this matter.

Respectfully submitted,

 /s/ Erica A. Therio
**ERICA A. THERIO, LSB# 34115**
ASSISTANT CITY ATTORNEY
**ISAKA WILLIAMS, LSB# 29704**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
DEPUTY CITY ATTORNEY
**CHURITA J. HANSELL, LSB #25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
SR. CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB #28633**
CITY ATTORNEY
1300 PERDIDO ST., STE. 5E-03
NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868
*Counsel for the City of New Orleans*